**CRIMINAL CAUSE FOR MOTION HEARING**

BEFORE JUDGE: **HURLEY, J.**   DATE: **JULY 8, 2005**   TIME: **2:30 -4:00**

DOCKET NUMBER: **CR-05-0238**   TITLE: **USA V. PETRINO**

DEFT. NAME: **PAUL PETRINO**   DFT. #: **1**
 **X** PRESENT, ___ NOT PRESENT, ___ IN CUSTODY, **X** ON BAIL

ATTY FOR DEFT.: **WILLIAM CUOZZI**   ___ CJA
 **X** PRESENT, ___ NOT PRESENT   **X** RET
   ___ PDA

A.U.S.A.: **TIMOTHY BELEVITZ AND DIANE BEINART   DOJ/WASHINGTON DC**
DEPUTY CLERK: **TRISH BEST**

COURT REPORTER(S) OR ESR OPERATOR: **DOM TURSI**

INTERPRETER(S): ___
PROBATION OFFICER: ___

**X** CASE CALLED. KCE

**X** SPEEDY TRIAL INFORMATION FOR DEFT **PETRINO**

   START DATE: **7/8/2005**   XSTRT

   STOP DATE: **11/14/2005**   XSTOP

**X** DEFT **PETRINO** CONTINUED ON BOND.

**X** JURY SELECTION AND TRIAL SCHEDULED FOR **NOVEMBER 15, 2005.**
   **PARTIES CONSENT TO MAGISTRATE BOYLE SELECTING THE JURY**

**X** MOTION CONFERENCE HELD ON **DEFENDANT'S** MOTION TO DISMISS THE INDICTMENT.

**X** ARGUMENTS HEARD   ___ MOTION GRANTED.   **X** MOTION DENIED.   ___ DECISION RESERVED.

**X** DECISION ENTERED INTO THE RECORD.

   FOR THE REASONS STATED ON THE RECORD, THE COURT DENIES DEFENDANT'S MOTION TO DISMISS THE INDICTMENT.

**OTHER:**_____

_____
_____
_____
_____
_____
_____
_____
_____
_____