UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA                    ORDER OF SUSTENANCE

   -against-                               CR-05-0238 (DRH)

PAUL PETRINO
------------------------------X

       IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

(    )     LODGING
( X )     SUSTENANCE ORDERED FROM CULINART
(    )     TRANSPORTATION

       TO THE  (14) JURORS EMPANELED IN THE ABOVE ENTITLED CASE
ON DECEMBER 6, 2005

DATED: CENTRAL ISLIP, NEW YORK
      DECEMBER 6, 2005       _____
                            DENIS R. HURLEY
                            U.S. DISTRICT JUDGE


_____      DURING TRIAL

_X____      DELIBERATING

_____      SEQUESTERED

_____      OTHER

                        A TRUE COPY ATTEST
                        DATED: DECEMBER 6, 2005
                        ROBERT C. HEINEMANN, CLERK
                        BY: PATRICIA BEST,

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA                    ORDER OF SUSTENANCE

   -against-                                CR-05-0238 (DRH)

PAUL PETRINO
------------------------------X

       IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

(    )      LODGING
( X )      SUSTENANCE ORDERED FROM CULINART
(    )      TRANSPORTATION

       TO THE  (14) JURORS EMPANELED IN THE ABOVE ENTITLED CASE
ON DECEMBER 6, 2005

DATED: CENTRAL ISLIP, NEW YORK
      DECEMBER 6, 2005       _____
                             DENIS R. HURLEY
                             U.S. DISTRICT JUDGE


_____      DURING TRIAL

__X___      DELIBERATING

_____      SEQUESTERED

_____      OTHER

                         A TRUE COPY ATTEST
                         DATED: DECEMBER 6, 2005
                         ROBERT C. HEINEMANN, CLERK
                         BY: PATRICIA BEST,

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA                    ORDER OF SUSTENANCE

    -against-                               CR-05-0238 (DRH)

PAUL PETRINO
------------------------------X

       IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

(    )     LODGING
( X )     SUSTENANCE ORDERED FROM CULINART
(    )     TRANSPORTATION

       TO THE  (14) JURORS EMPANELED IN THE ABOVE ENTITLED CASE
ON DECEMBER 6, 2005

DATED: CENTRAL ISLIP, NEW YORK
      DECEMBER 6, 2005      _____

                         DENIS R. HURLEY
                         U.S. DISTRICT JUDGE

_____      DURING TRIAL

 X____      DELIBERATING

_____      SEQUESTERED

_____      OTHER

                      A TRUE COPY ATTEST
                      DATED: DECEMBER 6, 2005
                      ROBERT C. HEINEMANN, CLERK
                      BY: PATRICIA BEST,