UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA                    ORDER OF SUSTENANCE

     -against-                              CR-05-0238 (DRH)

PAUL PETRINO
--------------------------------X

     IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

( )    LODGING
( X )  SUSTENANCE ORDERED FROM CULINART
( )    TRANSPORTATION

     TO THE (14) JURORS EMPANELED IN THE ABOVE ENTITLED CASE ON DECEMBER 7, 2005

DATED: CENTRAL ISLIP, NEW YORK
      DECEMBER 7, 2005                  /S/
                                      DENIS R. HURLEY
                                      U.S. DISTRICT JUDGE

_____    DURING TRIAL

  X      DELIBERATING

_____    SEQUESTERED

_____    OTHER

                                                  A TRUE COPY ATTEST
                                                  DATED: DECEMBER 7, 2005
                                                  ROBERT C. HEINEMANN, CLERK
                                                  BY: PATRICIA BEST,