```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA                ORDER OF SUSTENANCE

     -against-                           CR-05-0238 (DRH)

PAUL PETRINO
--------------------------------X
```

       IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

( )     LODGING
( X )   SUSTENANCE ORDERED FROM CULINART
( )     TRANSPORTATION

       TO THE (14) JURORS EMPANELED IN THE ABOVE ENTITLED CASE ON MAY 1, 2006

DATED: CENTRAL ISLIP, NEW YORK
       MAY 2, 2006                                /S/
                                           DENIS R. HURLEY
                                           U.S. DISTRICT JUDGE

_____     **<u>DURING TRIAL</u>**

 X        **<u>DELIBERATING</u>**

_____     **<u>SEQUESTERED</u>**

_____     **<u>OTHER</u>**

                                             <u>A TRUE COPY ATTEST</u>
                                             <u>DATED: MAY 2, 2006</u>
                                             <u>ROBERT C. HEINEMANN, CLERK</u>
                                             <u>BY: PATRICIA BEST,</u>

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA              ORDER OF SUSTENANCE

     -against-                        CR-05-0238 (DRH)

PAUL PETRINO
--------------------------------X

        IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

(   )   LODGING
( X )   SUSTENANCE ORDERED FROM CULINART
(   )   TRANSPORTATION

        TO THE  (14) JURORS EMPANELED IN THE ABOVE ENTITLED CASE
ON MAY 1, 2006

DATED: CENTRAL ISLIP, NEW YORK
       MAY 2, 2006                             /S/
                                      DENIS R. HURLEY
                                      U.S. DISTRICT JUDGE


_____    DURING TRIAL

  X       DELIBERATING

_____    SEQUESTERED

_____    OTHER
                                      A TRUE COPY ATTEST
                                      DATED: MAY 2, 2006
                                      ROBERT C. HEINEMANN, CLERK
                                      BY: PATRICIA BEST,
```

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA              ORDER OF SUSTENANCE

     -against-                        CR-05-0238 (DRH)

PAUL PETRINO
--------------------------------X

        IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

(   )   LODGING
( X )   SUSTENANCE ORDERED FROM CULINART
(   )   TRANSPORTATION

        TO THE (14) JURORS EMPANELED IN THE ABOVE ENTITLED CASE
ON MAY 1, 2006

DATED: CENTRAL ISLIP, NEW YORK
       MAY 2, 2006                          /S/
                                    DENIS R. HURLEY
                                    U.S. DISTRICT JUDGE


_____    DURING TRIAL

  X      DELIBERATING

_____    SEQUESTERED

_____    OTHER
                                    A TRUE COPY ATTEST
                                    DATED: MAY 2, 2006
                                    ROBERT C. HEINEMANN, CLERK
                                    BY: PATRICIA BEST,
```